Jennifer A. Guy (Pro Hac Vice)
Todd J. Dressel (NV Bar No. 5936)
John D. Wilburn (Pro Hac Vice)
McGuire Woods LLP
Two Embarcadero Center
Suite 1300
San Francisco, CA 94111-3821
J.Guy Ph. 703.712.5366
T.Dressel Ph.: 415.844.1965
jguy@mcguirewoods.com
tdressel@mcguirewoods.com

Todd E. Kennedy, Esq. (NV Bar No. 6014)
Black & LoBello
10777 West Twain Avenue, Third Floor
Las Vegas, Nevada 89135
Ph. (702) 869-8801
tkennedy@blacklobello.law

*Attorneys for Plaintiff Hilton Resorts Corporation*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| HILTON RESORTS CORPORATION d/b/a HILTON GRAND VACATIONS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RESORT LEGAL TEAM, INC.<br><br>　　　　Defendant. | Case No. 2:17-cv-02415-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO HOLD FRCP 26(f) CONFERENCE AND SUBMIT PROPOSED STIPULATED SCHEDULING ORDER**<br>[FIRST REQUEST] |

Plaintiff Hilton Resorts Corporation d/b/a Hilton Grand Vacations and Defendant Resort Legal Team, Inc., stipulate pursuant to LR IA 6-1 as follows.

1. Defendant Resort Legal Team, Inc. filed on October 24, 2017, a Motion to Dismiss or, in the alternative, Motion for More Definite Statement. ECF No. 19. The stipulated discovery plan and scheduling order is due by December 8, 2017.

2. The parties are engaged in good-faith settlement negotiations. The parties agree

Page 1 of 2

BLACK & LOBELLO
10777 W. Twain Avenue, 3rd Floor
Las Vegas, Nevada 89135
(702) 869-8801 FAX: (702) 869-2669

that, given the progress of those negotiations, it is in the interest of judicial efficiency and avoids the unnecessary accumulation of costs and fees to extend the time to hold the FRCP 26(f) conference and submit a discovery plan and scheduling order, as there is a likelihood that proceeding with discovery will be unnecessary.

4. Accordingly, the parties stipulate and request that the Court extend the time to hold the Rule 26(f) conference and submit a proposed stipulated discovery plan and scheduling order for 30 day, to and including January 7, 2018.

5. This is the first request for an extension of time.

Dated: November 21, 2017

| MCGUIREWOODS LLP<br>& BLACK & LOBELLO | ALBRIGHT STODDARD WARNICK &<br>ALBRIGHT |
|---|---|
| By: */s/ Todd E. Kennedy*<br>Todd Kennedy, Bar #6014<br>Black & LoBello<br>10777 W. Twain, 3rd Floor<br>Las Vegas, Nv 89135<br>Telephone: 702-869-8801<br>tkennedy@blacklobello.law<br>A*ttorneys for Plaintiff Hilton Resorts Corporation* | By: /s/ G. Mark Albright<br>G. Mark Albright (Nevada Bar No. 1394)<br>Albright, Stoddard, Warnick & Albright<br>801 South Rancho Drive, Ste. D-4<br>Las Vegas, Nevada 89106<br>Telephone: 702.384.7111<br>gma@albrightstoddard.com<br>*Attorneys for Defendant Resort Legal Team, Inc.* |

IT IS SO ORDERED
Dated: November 22, 2017

_____
UNITED STATES MAGISTRATE JUDGE