Jennifer A. Guy (Pro Hac Vice)
Todd J. Dressel (NV Bar No. 5936)
John D. Wilburn (Pro Hac Vice)
McGuire Woods LLP
Two Embarcadero Center
Suite 1300
San Francisco, CA 94111-3821
J.Guy Ph. 703.712.5366
T.Dressel Ph.: 415.844.1965
jguy@mcguirewoods.com
tdressel@mcguirewoods.com

Todd E. Kennedy, Esq. (NV Bar No. 6014)
Black & LoBello
10777 West Twain Avenue, Third Floor
Las Vegas, Nevada 89135
Ph. (702) 869-8801
tkennedy@blacklobello.law

*Attorneys for Plaintiff Hilton Resorts Corporation*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| HILTON RESORTS CORPORATION d/b/a HILTON GRAND VACATIONS, <br><br> Plaintiff, <br><br> v. <br><br> RESORT LEGAL TEAM, INC. <br><br> Defendant. | Case No. 2:17-cv-02415-APG-NJK <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO MOTION MOTION TO DISMISS (ECF NO. 19)** <br> [Second Request] |

Plaintiff Hilton Resorts Corporation d/b/a Hilton Grand Vacations and Defendant Resort Legal Team, Inc., stipulate pursuant to LR IA 6-1 as follows.

1. Defendant Resort Legal Team, Inc. filed on October 24, 2017, a Motion to Dismiss or, in the alternative, Motion for More Definite Statement. ECF No. 19.

2. Because the parties were progressing with good faith settlement negotiations, they stipulated, and the Court approved, extending Plaintiff's time to respond to the Motion to

Page 1 of 2

BLACK & LOBELLO
10777 W. Twain Avenue, 3rd Floor
Las Vegas, Nevada 89135
(702) 869-8801 FAX: (702) 869-2669

Dismiss to and including December 7, 2017. ECF No. 22.

3. The negotiations have continued and the parties are working on reaching agreement as to certain language in a proposed settlement agreement. The parties agree that it is in the interest of judicial efficiency and avoids the unnecessary accumulation of costs and fees to extend Plaintiff's time to respond to the pending motion while the parties pursue settlement.

4. Accordingly, the parties stipulate and request that Plaintiff's time to file an opposition to Defendant's Motion to Dismiss (ECF No. 19) shall be extended 14 additional days to and including December 21, 2017.

5. This is the second request for an extension of time to respond to Plaintiff's Motion to Dismiss (ECF No. 19).

Dated: November 3, 2017

McGUIREWOODS LLP

By: */s/ Jennifer A. Guy*
Jennifer A. Guy (*Pro Hac Vice*)
McGuireWoods, LLP
1750 Tysons Boulevard
Suite 1800
McLean, Virginia 22102
Telephone: 703.712.5000
jguy@mcguirewoods.com

*Attorneys for Plaintiff Hilton Resorts Corporation*

ALBRIGHT STODDARD WARNICK & Albright

By: /s/ G. Mark Albright
G. Mark Albright (Nevada Bar No. 1394)
Albright, Stoddard, Warnick & Albright
801 South Rancho Drive, Ste. D-4
Las Vegas, Nevada 89106
Telephone: 702.384.7111
gma@albrightstoddard.com

*Attorneys for Defendant Resort Legal Team, Inc.*

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE
DATED: 12/7/2017