Jennifer A. Guy (Pro Hac Vice)
Todd J. Dressel (NV Bar No. 5936)
John D. Wilburn (Pro Hac Vice)
McGuire Woods LLP
Two Embarcadero Center
Suite 1300
San Francisco, CA 94111-3821
J.Guy Ph. 703.712.5366
T.Dressel Ph.: 415.844.1965
jguy@mcguirewoods.com
tdressel@mcguirewoods.com

Todd E. Kennedy, Esq. (NV Bar No. 6014)
Black & LoBello
10777 West Twain Avenue, Third Floor
Las Vegas, Nevada 89135
Ph. (702) 869-8801
tkennedy@blacklobello.law

*Attorneys for Plaintiff Hilton Resorts Corporation*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| HILTON RESORTS CORPORATION d/b/a HILTON GRAND VACATIONS, <br><br> Plaintiff, <br><br> v. <br><br> RESORT LEGAL TEAM, INC. <br><br> Defendant. | Case No. 2:17-cv-02415-APG-NJK <br><br> **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Plaintiff Hilton Resorts Corporation d/b/a Hilton Grand Vacations and Defendant Resort Legal Team, Inc. (collectively the "Parties"), stipulate as follows.

1. The Parties have finalized and executed a Confidential Settlement Agreement which resolves Plaintiff's claims against Defendant.

2. The Parties stipulate and agree that this matter may be dismissed pursuant to Fed. R. Civ. Pro. 41(a) *with prejudice*, but request that the Court retain jurisdiction over this matter

for the sole purpose of enforcing the terms of the Parties Confidential Settlement Agreement should the need arise.

Dated: December 20, 2017

| | |
|---|---|
| McGuireWoods LLP<br>& Black & LoBello | Albright Stoddard Warnick &<br>Albright |
| By: */s/ Todd E. Kennedy*<br>Todd Kennedy, Bar #6014<br>Black & LoBello<br>10777 W. Twain, 3rd Floor<br>Las Vegas, Nv 89135<br>Telephone: 702-869-8801<br>tkennedy@blacklobello.law<br>*Attorneys for Plaintiff Hilton Resorts Corporation* | By: /s/ G. Mark Albright<br>G. Mark Albright (Nevada Bar No. 1394)<br>Albright, Stoddard, Warnick & Albright<br>801 South Rancho Drive, Ste. D-4<br>Las Vegas, Nevada 89106<br>Telephone: 702.384.7111<br>gma@albrightstoddard.com<br>*Attorneys for Defendant Resort Legal Team, Inc.* |

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE
Dated: December 21, 2017.